# Order

Michigan Supreme Court
Lansing, Michigan

April 29, 2020

160118

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MATTHEW LEE VIRGIN,
      Defendant-Appellant.

SC: 160118
COA: 348969
Macomb CC: 2018-000268-FC

_____/

     On order of the Court, the application for leave to appeal the June 25, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2020

Clerk

b0420